IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGIN A. CREECH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv235-CSC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On December 21, 2007, the plaintiff filed a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) for fees in the amount of $3,343.75. (Doc. # 17). The defendant does not object to the amount of requested. 28 U.S.C. § 2412(d)(1)(A) authorizes the court to "award to a prevailing party" fees, expenses, and costs. The statute authorizes the court to award fees to the prevailing party. *See* 28 U.S.C. § (d)(2)(B). Accordingly, it is

ORDERED AND ADJUDGED that the motion for attorney's fees and expenses be and is hereby GRANTED and the plaintiff be and is hereby AWARDED fees and expenses in the amount of $3,343.75.

Done this 11th day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE